UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20407-CR-HUCK

UNITED STATES OF AMERICA

vs.

GAMALIEL SOUFFRANT,
    a/k/a Neal,

    Defendant.
_____/

## VERDICT

1. We, the Jury, unanimously find Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL**, as charged in Count 1 of the Indictment:

   GUILTY _____      NOT GUILTY ✓

   If you find Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL**, guilty as charged in Count 1 of the Indictment, please indicate which substantive offense or offenses you find he conspired to commit. If you find Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL**, not guilty as charged in Count 1 of the Indictment, please proceed to paragraph 2 below.

   We, the Jury, having found Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL**, guilty of the offense charged in Count 1, further find with respect to that Count that **GAMALIEL SOUFFRANT, a/k/a NEAL**, conspired to commit the following substantive offense or offenses:

   _____ Knowingly devise or intend to devise a scheme or artifice to defraud mortgage lenders, or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, to execute such scheme, to cause the U.S. Postal Service or interstate commercial carriers to deliver mail, in violation of Title 18, United States Code, Section 1341.

_____   Knowingly devise or intend to devise a scheme or artifice to defraud mortgage lenders, or to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises, and, to execute said scheme, to cause to be transmitted in interstate commerce, by means of wire communications certain signs, signals, or sounds, in violation of Title 18, United States Code, Section 1343.

_____   Knowingly make false statements in loan applications for the purpose of influencing financial institutions whose accounts were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, Untied States Code, Section 1014.

_____   Knowingly executes a scheme or artifice to defraud a financial institution whose account was insured by the Federal Deposit Insurance Corporation, or obtains money or funds owned by, or under the custody or control of such financial institution, by means of false or fraudulent pretenses, representations or promises, in violation of Title 18, United States Code, Section 1344.

_____   Take and carry away, with intent to steal or purloin, money of a value exceeding $1,000, belonging to or in the care, custody, control, management, or possession of any bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

2. We, the Jury, unanimously find Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL,** as charged in Count 2 of the Indictment:

   GUILTY _____        NOT GUILTY __✓__

3. We, the Jury, unanimously find Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL,** as charged in Count 24 of the Indictment:

   GUILTY _____        NOT GUILTY __✓__

4. We, the Jury, unanimously find Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL,** as charged in Count 47 of the Indictment:

   GUILTY \_\_\_\_      NOT GUILTY ✓\_\_\_\_

5. We, the Jury, unanimously find Defendant **GAMALIEL SOUFFRANT, a/k/a NEAL,** as charged in Count 56 of the Indictment:

   GUILTY \_\_\_\_      NOT GUILTY ✓\_\_\_\_

SO SAY WE ALL.

_____           11/23/09
Foreperson (please sign)                 Date
Miami, Florida